UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| Sandra L. Rigazio<br>746 Back Mountain Road<br>Goffstown, NH  03045,<br><br>                     Plaintiff<br><br>v.<br><br>UniCare Managed Disability<br>and<br>Anthem Life Insurance Company<br>PO Box 105426<br>Atlanta, GA  30348-5426,<br><br>                     Defendant | CIVIL ACTION NO.:  1:11-cv-00390-LM |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

The Plaintiff , Sandra L. Rigazio ("Rigazio"), hereby requests that the Court dismiss the above-captioned matter, with prejudice.

                                            SANDRA L. RIGAZIO (CONDON)
                                            By her Attorney:

Dated:  December 6, 2011          */s/ Vincent A. Wenners, Jr.*
                                            Vincent A. Wenners, Jr., Esq.
                                            NHBA #1547
                                            27 Bay Street
                                            Manchester, NH 03104-3004
                                            603/606-5750
                                            vwenners@wennerslaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing Stipulation for Dismissal with Prejudice has been forwarded this date by first class mail to Michael G. Durham, Esquire and Maria M. Proulx, Esquire.

                                        */s/ Vincent A. Wenners, Jr.*
                                        Vincent A. Wenners, Jr.